IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOES, A.S. and S.S.                                    PLAINTIFFS/COUNTER
                                                              DEFENDANTS

v.                          No. 4:23-cv-1193-DPM

VILONIA SCHOOL DISTRICT                          DEFENDANT/COUNTER
                                                              PLAINTIFF

## JUDGMENT

The Court enters judgment for Ashley and Scott Sanders, the parents of W.S., against the Vilonia School District. The District must pay for W.S. to enroll in the NOW! Program's one-on-one tutoring sessions, at the rate of two sessions per day, five days a week, for a minimum of two months and a maximum of one year. The Court also awards the Sanders a reasonable attorney's fee and costs of $37,835.20. The fee and costs are taxed as costs. 20 U.S.C. § 1415(i)(3)(B)(i). This Judgment shall bear interest at a rate of 3.77% per annum until paid in full. 28 U.S.C. § 1961(a)–(b).

_____
D.P. Marshall Jr.
United States District Judge

10 September 2025